[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11251
_____

D.C. Docket No. 3:14-cv-00033-TJC-MCR


LOUVON WORTHERN BURROUGHS,
an individual,

                                        Plaintiff - Appellant,


versus


ANGELA COREY,
in her official capacity as the State Attorney
for the Fourth Judicial Circuit of Florida,
JOHN RUTHERFORD,
in his official capacity as the Sheriff of Duval
County, Florida,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 12, 2016)

Before HULL, JULIE CARNES, and BARKSDALE,[*] Circuit Judges.

PER CURIAM:

After review of the record and the parties' briefs, and with the benefit of oral argument, we find no reversible error in the district court's February 18, 2015 order denying plaintiff Louvon Burroughs's motion for a preliminary injunction and dismissing Burroughs's first amended complaint with prejudice. We find that Burroughs has likely waived her principal arguments on appeal because they either were not raised in the district court or are materially different from the arguments she raised in the district court. In any event, we conclude that Burroughs's constitutional facial challenge to the "cyberstalking provision" of Florida's stalking statute, Fla. Stat. § 784.048, fails based on the particular record in this case and the limited nature of the arguments on appeal.

**AFFIRMED.**

---

[*]Honorable Rhesa H. Barksdale, United States Circuit Judge for the Fifth Circuit, sitting by designation.